### HARRISON *v.* LAGOW and Others, on Appeal.

IN assumpsit for goods sold and delivered, the plaintiffs, *Lagow* and others, to prove their demand, offered in evidence certain books of account, proved to be those of the steam mill company.    *Held,* that the books, not being proved to be the plaintiffs', were inadmissible.